UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DERICK L. DOLL, CATHERINE M. FLUEGEL, and JOSEPH NAGLE, individually and as representatives of a Class of Participants and Beneficiaries on behalf of the Evergy, Inc. 401(k) Savings Plan<br><br>Plaintiffs,<br><br>v.<br><br>EVERGY, INC., DAVID A. CAMPBELL, TERRY BASSHAM, THE ADMINISTRATIVE COMMITTEE OF THE EVERGY, INC. 401(k) SAVINGS PLAN, and SAGEVIEW ADVISORY GROUP, LLC,<br><br>Defendants. | Case No. 4:25-cv-00043 (SRB) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Pursuant to this Court's local rules and the Protective Order in this case dated May 27, 2025 (ECF No. 47) (the "Protective Order"), Plaintiffs Derick L. Doll, Catherine M. Fluegel, and Joseph Nagle, individually and as representatives of a proposed class of participants in and on behalf of the Evergy, Inc. 401(k) Savings Plan (the "Plan" or "Evergy Plan"), by and through their attorneys of record, hereby move for leave to file the following materials under seal in connection with their Motion for Class Certification:

- Exhibits A, B and C to the Declaration of James A. Bloom in Support of Plaintiffs' Reply Suggestions in Support of Their Motion for Class Certification.

In support of their request, Plaintiffs state the following:

1. On May 27, 2025, this Court entered the parties' stipulated Protective Order in this action. *See* ECF No. 47.

1
PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL
*Doll v. Evergy, Inc.,* No. 4:25-cv-00043 (SRB)
Case 4:25-cv-00043-SRB     Document 106     Filed 09/29/25     Page 1 of 4

2. Pursuant to the Protective Order, any party or non-party has the right to designate as "Confidential" any information, document or thing that contains information "that the designating Party reasonably believes contains, refers or could lead to the disclosure of proprietary, commercial, financial, business, or personnel information that the Party has an interest in protecting from unrestricted disclosure." Protective Order, ¶ 2.

3. The Protective Order provides that if a party seeks to file any document deemed "Confidential," then "that party must take appropriate action to ensure that the document receives proper protection from public disclosure, such as … (b) seeking permission to file the document under seal by filing a motion for leave to file under seal." Protective Order, ¶ 11.

4. The materials that Plaintiffs seek to file under seal have been designated Confidential by Defendants, and Defendants have not consented to the filing of these materials on the public record. Plaintiffs agree that these materials, which include details of Plaintiffs' personal financial information which, at this stage of the case, should not be publicly available on the Court's docket, are property designated as "Confidential."

5. In accordance with this Court's CM/ECF Civil and Criminal Administrative Procedures, Plaintiffs have emailed the proposed sealed documents, along with a proposed order, to the Court's courtroom deputy.

6. Plaintiffs appreciate the Court's consideration of this Motion.

DATED: September 29, 2025          Respectfully submitted,

/s/ James A. Bloom  
James A. Bloom (*Pro Hac Vice*)  
Todd M. Schneider (*Pro Hac Vice*)  
**SCHNEIDER WALLACE COTTRELL KIM LLP**  
2000 Powell Street, Suite 1400  
Emeryville, CA 94608  
Telephone: (415) 421-7100

2
PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL
*Doll v. Evergy, Inc.,* No. 4:25-cv-00043 (SRB)
Case 4:25-cv-00043-SRB   Document 106   Filed 09/29/25   Page 2 of 4

jbloom@schneiderwallace.com

Michael F. Brady (Bar No. 47521)
**BRADY & ASSOCIATES**
2118 W 120th Street
Leawood, KS 66209
Telephone: (913) 696-0925
brady@mbradylaw.com

Paul M. Secunda (*Pro Hac Vice*)
**WALCHESKE & LUZI, LLC**
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (414) 828-2372
psecunda@walcheskeluzi.com

Don Bivens*
*Pro Hac Vice Application forthcoming
**DON BIVENS PLLC**
15169 N. Scottsdale Road, Suite 205
Scottsdale, Arizona 85254
Telephone: (602) 762-2661
don@donbivens.com
teresita@donbivens.com

*Attorneys for Plaintiffs and Proposed Class*

3
PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL
*Doll v. Evergy, Inc.,* No. 4:25-cv-00043 (SRB)
Case 4:25-cv-00043-SRB   Document 106   Filed 09/29/25   Page 3 of 4

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on September 29, 2025, the above and foregoing document was filed electronically with the Court, which automatically transmitted an electronic copy to all counsel of record.

                                      /s/ James A. Bloom
                                      ATTORNEY FOR PLAINTIFFS