|  |  |
|---|---|
| DERICK L. DOLL, CATHERINE M. FLUEGEL, and JOSEPH NAGLE, individually and as representatives of a Class of Participants and Beneficiaries on behalf of the Evergy, Inc. 401(k) Savings Plan<br><br>Plaintiffs,<br><br>v.<br><br>EVERGY, INC., DAVID A. CAMPBELL, TERRY BASSHAM, THE ADMINISTRATIVE COMMITTEE OF THE EVERGY, INC. 401(k) SAVINGS PLAN, and SAGEVIEW ADVISORY GROUP, LLC,<br><br>Defendants. | Case No. 4:25-cv-00043 (SRB) |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs, Derick L. Doll, Catherine M. Fleugal, and Joseph Nagle ("Plaintiffs") individually and on behalf of all others similarly situated, and on behalf of the Evergy, Inc 401(k) Plan ("Plan"), move this Court pursuant to Federal Rules of Civil Procedure 23, for an Order: (1) preliminarily approving the parties' proposed $2.6 million Class Action Settlement ("Settlement") **to** which the Evergy Defendants will contribute $1,700,000 and the SageView Defendants will contribute $900,000; (2) directing notice as set forth herein; (3) appointing a Settlement Administrator; and (4) setting a Final Fairness Hearing to consider granting final approval of the Settlement.

This Motion is based on the incorporated Suggestions In Support Of Plaintiffs' Unopposed Motion For Preliminary Approval Of Class Action Settlement, the Joint Declaration of Class Counsel, the Declaration of the proposed Settlement Administrator, all other exhibits attached

1

PLAINTIFFS' UNOPPOSED MOTION FOR PRELINIARY APPROVAL OF CLASS ACTION SETTLEMENT
*Doll v. Evergy, Inc.,* No. 4:25-cv-00043 (SRB)
Case 4:25-cv-00043-SRB    Document 133    Filed 05/06/26    Page 1 of 3

hereto, the record in this action, the argument of counsel, and any other matters the Court may consider.

WHEREFORE, Plaintiffs respectfully request that the Court grant their Unopposed Motion and enter the Preliminary Approval Order.

DATED: May 6, 2026                          Respectfully submitted,

/s/ James A. Bloom
James A. Bloom (*Pro Hac Vice)*
Todd M. Schneider (*Pro Hac Vice)*
**SCHNEIDER WALLACE**
**COTTRELL KIM LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
jbloom@schneiderwallace.com

Michael F. Brady (Bar No. 47521)
**BRADY & ASSOCIATES**
2118 W 120th Street
Leawood, KS 66209
Telephone: (913) 696-0925
brady@mbradylaw.com

Paul M. Secunda (*Pro Hac Vice)*
**WALCHESKE & LUZI, LLC**
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (414) 828-2372
psecunda@walcheskeluzi.com

Don Bivens*
*Pro Hac Vice Application forthcoming
**DON BIVENS PLLC**
15169 N. Scottsdale Road, Suite 205
Scottsdale, Arizona 85254
Telephone: (602) 762-2661
don@donbivens.com
teresita@donbivens.com

*Attorneys for Plaintiffs and Proposed Class*

2

PLAINTIFFS' UNOPPOSED MOTION FOR PRELINIARY APPROVAL OF CLASS ACTION SETTLEMENT
*Doll v. Evergy, Inc.,* No. 4:25-cv-00043 (SRB)
Case 4:25-cv-00043-SRB    Document 133    Filed 05/06/26    Page 2 of 3

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that on May 6, 2026, the above and foregoing document was filed electronically with the Court, which automatically transmitted an electronic copy to all counsel of record.

*/s/ James A. Bloom*
James A. Bloom